UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
UNITED STATES OF AMERICA,

                 - against -                                      **MEMORANDUM AND ORDER**

                                                                            06 CR 0181 (RJD)

CARMINE BAUDANZA, et al.

                 Defendants.
---------------------------------------------------------- x

DEARIE, District Judge.

       On December 13, 2007, this Court entered judgment of conviction against defendant Carmine Baudanza and in favor of the United States of America. (J. 1, ECF No. 340). The sentence imposed as part of that judgment included an order directing defendant to pay restitution in the amount of $106,515.50 (the "restitution obligation"). (J. 4). By Memorandum and Order dated February 26, 2014, the Court determined that it has the statutory authority and jurisdiction to issue an order deeming defendant's restitution obligation satisfied, pursuant to defendant's agreement to accomplish the surrender by his corporation of a civil default judgment against a limited liability company owned primarily by one of the two victims. (Mem. and Order 10-13, ECF No. 431). The Court has received the consent of both victims to entry of such an order.

       Accordingly, it is hereby ordered that:

       (1) Defendant shall file proof with the Court that he has filed a Satisfaction of Judgment with the Supreme Court, County of Kings in the matter of <u>Carmine's Dream, Inc. v. Ceasar's Bay Shopping Center, LLC, et al.</u>, Index No. 32456/2007, in accordance with the stipulated order entered in that matter by the Hon. David I. Schmidt on March 13, 2013.

(2) Upon receipt of proof that defendant has filed the Satisfaction of Judgment and the Court's order approving said proof, the Clerk of Court shall cancel, satisfy, and discharge the restitution obligation solely as to defendant Carmine Baudanza.

SO ORDERED.

Dated: Brooklyn, New York
      March 18, 2014

/s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge