UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

UNITED STATES OF AMERICA,

- against -  

CARMINE BAUDANZA, et al.

Defendants.
-------------------------------------------------------- x

**MEMORANDUM AND ORDER**

06 CR 0181 (RJD)

DEARIE, District Judge.

On December 13, 2007, this Court entered judgment of conviction against defendant Carmine Baudanza and in favor of the United States of America. (J. 1, ECF No. 340). The sentence imposed as part of that judgment included an order directing defendant to pay restitution in the amount of $106,515.50 (the "restitution obligation"). (J. 4). On March 18, 2014, we issued a Memorandum and Order directing Carmine Baudanza to file proof with the Court that a Satisfaction of Judgment had been filed in the matter of Carmine's Dream, Inc. v. Ceasar's Bay Shopping Center, LLC, et al., Index No. 32456/2007 in Supreme Court, County of Kings. (ECF No. 436). That Memorandum and Order further directed the Clerk of Court to "cancel, satisfy, and discharge the restitution obligation" once that proof was reviewed and approved by the Court. We have now reviewed and hereby approve that proof. Accordingly, the Clerk of Court is directed to cancel, satisfy, and discharge the restitution obligation solely as to defendant Carmine Baudanza.

SO ORDERED.

Dated: Brooklyn, New York
       May 5, 2014

/s/ Judge Raymond J. Dearie
_____
RAYMOND J. DEARIE
United States District Judge